[No. 7494–6–I. Division One. July 14, 1980.]

*In the Matter of the Marriage of* MARLENE CLEIN, *Respondent, and* NORMAN CLEIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–115374, David W. Soukup, J., entered March 12, 1979. *Reversed* and *remanded* by unpublished opinion per James, A.C.J., concurred in by Swanson and Dore, JJ.

[No. 7637–0–I. Division One. July 14, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS RICHARD FARRUGIA, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7754, Daniel T. Kershner, J., entered April 24, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by James, A.C.J., and Andersen, J.

[No. 7841–1–I. Division One. July 14, 1980.]

*In the Matter of the Marriage of* MARY CATHERINE HALVORSEN, *Appellant, and* ALBERT (BOYER) HALVORSEN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–80812, Jack P. Scholfield, J., entered February 24, 1978. *Affirmed as modified* by unpublished opinion per Ringold, J., concurred in by James, A.C.J., and Durham–Divelbiss, J.